Court of Criminal Appeal
Clerk Abel Acosta

~~Dear Clerk:~~
McCrears, Jody Ford. Trial Ct No 007-1110-10
COA No. 12-14-00356, P.D. 0147-15

Dear Clerk. Would you please let the Court know that Petitioner have moved to another prison unit. ~~Im~~ Petitioner no longer at the Ellis Unit. Petitioner is at the Micheal Unit 2664 F.M. 2054 Tennessee Colong Tx 75886. Would ~~you~~ you please send me a Docket sheet for this cause No Above.

Thank you for your time in this matter

Sincerly

Jody Ford McCrears
Jody Ford McCrears
1694118 Michael Unit
2664 F.M. 2054
~~Taylor Tx~~
Tennesse Colong Tx
75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2015

Abel Acosta, Clerk